# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 APR 28  PM 4: 38

## AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER:  3:06-cr-133-J-25MCR
USM NUMBER:   12495-171

V.

ROBERT LEE JENNINGS

Defendant's Attorney: James H. Burke, Jr. , Esq. (pda)

**THE DEFENDANT**

__X__    admitted guilt and is adjudicated guilty to violation of charge number's     __1 & 2__
of the conditions of supervised release of the Petition (Dkt. #5).

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in a Residential Re-Entry enter | November 7, 2007 |
| Two | Failure to Make Restitution | December 5, 2007 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 17, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: April __28__, 2008

| | | |
|---|---|---|
| Defendant: | ROBERT LEE JENNINGS | Judgment - Page 2 of 5 |
| Case No.: | 3:06-cr-133-J-25MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **time served.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   _____ at _____ a.m.   p.m.   on _____.

   _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   _____ before **p.m.** on .

   _____ as notified by the United States Marshal.

   _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 3:06-cr-00133-HLA-MCR   Document 17   Filed 04/28/08   Page 3 of 5 PageID 47
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 3 - Supervised Release

| | | |
|---|---|---|
| Defendant: | ROBERT LEE JENNINGS | Judgment - Page 3 of 5 |
| Case No.: | 3:06-cr-133-J-25MCR | |

## SUPERVISED RELEASE

The defendant shall be reinstated on the original terms and conditions supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

__X__   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

__ _ __   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

__ _ __   The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant:        ROBERT LEE JENNINGS                                                                    Judgment - Page 4 of 5
Case No.: 3:06-cr-133-J-25MCR

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

__X__      The defendant shall participate in the Home Detention program for a period of __4 months__. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

Case 3:06-cr-00133-HLA-MCR   Document 17   Filed 04/28/08   Page 4 of 5 PageID 48
AO 245B (Rev. 06/05) Sheet 4 - Supervised Release

Defendant:        ROBERT LEE JENNINGS                                                                    Judgment - Page 4 of 5
Case No.: 3:06-cr-133-J-25MCR

AO 245B (Rev 06/05) Sheet 5 - Criminal Monetary Penalties

| Defendant: | ROBERT LEE JENNINGS | Judgment - Page 5 of 5 |
|---|---|---|
| Case No.: | 3:07-cr-252-J-25MCR | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Total Restitution |
|---|---|---|---|
| Totals: | $ | $-0- | $50.00 |

__ The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

__ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Amount of Loss | or Amount of Restitution Ordered | Priority Order Percentage of Payment |
|---|---|---|---|
| Totals: | $ | $ | |

__ Restitution amount ordered pursuant to plea agreement $ _____.

__ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

__ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

__ the interest requirement is waived for the ___ fine ___ restitution.

__ the interest requirement for the ___ fine ___ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.