# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**FILED**

JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NUMBER: 3:06-cr-133-J-25MCR
USM NUMBER: 12495-171

V.

ROBERT LEE JENNINGS

Defendant's Attorney: Lynn Palmer Bailey, Esq. (Pda)

**THE DEFENDANT**

**X**   Defendant admitted guilt to violation of Allegation number(s) _1-3, 7 & part of 5_ of the terms of supervision.

**X**   Allegations 4, 6 & part of 5 are dismissed on the United States' motion.

**X**   Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to make restitution, in violation of the Standard Conditions of Release | March 12, 2009 |
| Two | Failure to follow the instructions of the Probation officer, in violation of the Standard Conditions of Release | September 11, 2008 |
| Three | Failure to answer truthfully, in violation of the Special Conditions of Release | October 28, 2008 |
| Five | Failure to follow the instructions of the Probation officer, in that, he failed to pay $50.00 each week toward his restitution, in violation of the Special Conditions of Release | January 22, 2009 |
| Seven | Failure to follow the instructions of the Probation officer in violation of the Special Conditions of Release | March 9, 2009 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

<sup>AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 2</sup>

| | | |
|---|---|---|
| Defendant: | ROBERT LEE JENNINGS | Judgment - Page 2 of 4 |
| Case No.: | 3:06-cr-133-J-25MCR | |

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 30, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July ___, 2009

<sub>AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 2</sub>

| | | |
|---|---|---|
| Defendant: | ROBERT LEE JENNINGS | Judgment - Page 3 of 4 |
| Case No.: | 3:06-cr-133-J-25MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ninety (90) days

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.  p.m.  on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before p.m. on .

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.